In the Matter of the Application for the Accounting of the UNION TRUST COMPANY, as Administrator of CHARLES W. MILLER, Deceased, Respondent.

LILLIAN P. HEANEY et al., as Guardians of CHARLES W. MILLER, an Infant, Appellants.

*Matter of Union Trust Co.*, 65 App. Div. 449, affirmed.
(Argued March 27, 1903; decided April 9, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 15, 1901, which affirmed a decree of the Richmond County Surrogate's Court dismissing a petition to compel the respondent herein to account.

*Charles Gibson Bennett* for appellants.

*Wheeler H. Peckham* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Not voting: VANN, J.